UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00266 |
| | ) | JUDGE CAMPBELL |
| JAMES W. WOOTEN | ) | |

ORDER

The Court held a status conference in this case on November 29, 2012. The Court will hold a sentencing hearing on December 13, 2012 at 9:00 a.m. The parties shall file any supplemental sentencing positions by December 10, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE